UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANCE GENE FRANCOISE ROUGEAU , <br><br> Petitioner, <br><br> v. <br><br> DEAN MASON, <br><br> Respondent. | CASE NO. 3:25-cv-05526-RSL-BAT <br><br> **ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO ANSWER, DKT. 12** |

On September 18, 2025, Respondent moved for a second extension to file an answer. Dkt. 12. The motion was noted for October 9, 2025, Petitioner's response was due September 29, 2025, and no response has been filed. The Court having considered the motion for extension and **ORDERS**: Respondent's motion for extension, Dkt. 12, is **GRANTED**. Respondent shall file his answer by **October 17, 2025**, and note the matter for **October 20, 2025** for the Court's consideration. Plaintiff may file a response to the answer no later than 21 days after the answer is filed. Any reply by Respondent is due no later than October 17, 2025.

DATED this 7th day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S SECOND
MOTION FOR EXTENSION OF TIME TO ANSWER,
DKT. 12 - 1